IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **ALBERT WILLIAMS JR.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:07-CV-138 (HL) |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : | |
| Defendants. | : | |

## ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff, entered August 27, 2010 (Doc. 18), is before the Court. The Magistrate Judge recommends that the Commissioner's decision in Plaintiff's Social Security appeal be affirmed.

Plaintiff did not file a written objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation (Doc. 18). The decision of the Commissioner is affirmed pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this the 21st day of September, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh